UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Frank M. Barrepski, Jr. et al
        Plaintiffs

V.

Capital One Bank (U.S.A.) N.A. et al
        Defendants

CIVIL ACTION

NO. 11-cv-30160-NMG

## JUDGMENT

GORTON, D. J.

In accordance with the Court's Order granting the Defendant, Experian Information Solutions, Inc.'s, Motion for Summary Judgment (Docket No. 110) in the above-entitled action, it is hereby ORDERED:

    Judgment for the    Defendant

By the Court,

3/7/2014
Date

/s/ Kellyann Moore
Deputy Clerk