# United States Court of Appeals
## For the First Circuit

No. 14-1355

FRANK M. BARREPSKI, JR.; CARRIE M. BARREPSKI

Plaintiffs - Appellants

v.

EXPERIAN INFORMATION SOLUTIONS, INC.

Defendant - Appellee

CAPITAL ONE BANK (U.S.A.) N.A;

Defendant

**MANDATE**

Entered: March 9, 2015

    In accordance with the judgment of February 12, 2015, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

/s/ Margaret Carter, Clerk


cc:
Carrie M. Barrepski
Frank M. Barrepski Jr.
Robert C Brady
Timothy J. Duva
Keith M. Kollmeyer